UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.**,
as Broadcast Licensee of the **March 19, 2005 MORALES/PACQUAIO** Program,

                        Plaintiff,

   -against-

ALEIDA M. MACHADO and OSCAR CRESPO, Individually, and as officers, directors, shareholders and/or principals of DONA MARIA RESTAURANT CORP. and DONA MARI RESTAURANT PUPUSERIA INC. d/b/a DONA MARIA RESTAURANT & PUPUSERIA INC., and DONA MARIA RESTAURANT CORP. and DONA MARI RESTAURANT PUPUSERIA INC. d/b/a DONA MARIA RESTAURANT & PUPUSERIA INC.,

                        Defendants.
-----------------------------------------------------------------

**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**

Civil Action No. CV-05-5800-FB-MDG
Honorable Frederic Block

PLEASE TAKE NOTICE THAT Plaintiff J & J SPORTS PRODUCTIONS, INC. (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed November 23, 2006. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule

41 of the Federal Rules of Civil Procedure.

Dated: January 25, 2006
      Ellenville, New York

                                 **J & J SPORTS PRODUCTIONS, INC.**

                            By:/s/   Julie Cohen Lonstein
                            JULIE COHEN LONSTEIN , ESQ.
                             Attorney for Plaintiff
                             Bar Roll No. JL8521
                             LONSTEIN LAW OFFICE, P.C.
                             Office and P.O. Address
                             1 Terrace Hill : P.O. Box 351
                             Ellenville, NY  12428
                             Telephone:  (845) 647-8500
                             Facsimile:  (845) 647-6277
                             *Our File No. 05-1-E07*

SO ORDERED this 25 day of Janu 2006

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE